IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-06-10 |
| | § | |
| FAITE WILLIAMS | § | |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated January 8, 2007, which recommends that the " Motion to Suppress" of Defendant, Faite Williams be denied. The Magistrate Judge gave Williams until January 20, 2007, to file written objections, however, to date, no objections have been filed.

Upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well-reasoned and correct application of federal law to the facts alleged in Williams' Motion and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the " Motion to Suppress" (Instrument no. 19) of Defendant Faite Williams, is **DENIED**.

**DONE** at Galveston, Texas this 7th day of February, 2007.

_____
Samuel B. Kent
United States District Judge